# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victoria Lucia Fierro,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　Defendant. | **NO. CV-23-00170-TUC-JCH (EJM)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed October 24, 2023, judgment is entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. This case is remanded to the Social Security Administration for further proceedings consistent with the Order.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

October 24, 2023

　　　　　　　　　　　　　　　　　　s/ A. Calderón
　　　　　　　　　　　　　　　By　Deputy Clerk